# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## U.S. Probation Office

**John S. Dierna**
Chief U.S. Probation Officer

110 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3980
Phone: 513-564-7575
Fax: 513-564-7587

Reply to: Columbus Office

Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 546
Columbus, Ohio 43215-2398
Phone: 614-719-3100
Fax: 614-719-3101

702 Federal Building
200 West Second Street
Dayton, Ohio 45402-1411
Phone: 937-512-1450
Fax: 937-512-1453

**January 7, 2015**

The Honorable Algenon L. Marbley
United States District Judge
Joseph P. Kinneary Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

Re:   **JORDAN M. JACKSON**
      **Docket No. CR-2-14-45**
      **NOTIFICATION OF DEATH**

Dear Judge Marbley:

On August 8, 2014, the above offender was sentenced by Your Honor after being convicted of Selling, Transferring, and Delivering Counterfeit Obligation of the United States, in violation of 18 U.S.C. §473. He was sentenced to a term of 3 months time served to be followed by 36 months supervised release. Mr. Jackson commenced his term of supervised release on August 8, 2014.

On November 2, 2014, Mr. Jackson's mother reported that her son died of a suspected overdose on heroin. The attached death certificate lists the cause of death as still pending. Mr. Jackson was laid to rest on November 7, 2014.

It is respectfully requested that all interest in supervising the offender be hereby terminated. If you have any questions, please contact the undersigned officer at (614) 719-3124.

Respectfully Submitted by,

Sharita J. Hill
United States Probation Officer

Reviewed and Approved by,

Robert A. Taylor, Sr.
Supervising, U.S. Probation Officer

Jackson
Page 2

___✓_____ The Court concurs with the Probation Office's recommendation.

_____ Other

_____
Signature

__Jan 7, 2015__
Date

# Ohio Department of Health
## VITAL STATISTICS
## CERTIFICATE OF DEATH

Reg. Dist. No. 25
Primary Reg. Dist. No. 2501
Registrar's No. 2014010465
Type or print in permanent blue or black ink
State File No. 2014096276

**DECEDENT**

1. Decedent's Legal Name (Include AKA's if any)(First, Middle, LAST, suffix): JORDAN MAURICE JACKSON
2. Sex: Male
3. Date of Death (Mo/Day/Year): November 02, 2014
4. Social Security Number: 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
5a. Age (Years): 22
5b. Under 1 Year Months:
5c. Under 1 day Hours Minutes:
6. Date of Birth (Mo/Day/Year): March 05, 1992
7. Birthplace (City and State or Foreign Country): COLUMBUS, OHIO
8a. Residence State: OHIO
8b. County: FRANKLIN
8c. City or Town: COLUMBUS
8d. Street and Number: 5880 Riverton Road
8e. Apt. No.:
8f. Zipcode: 43232
8g. Inside City Limits?: Yes
9. Ever in US Armed Forces?: No
10. Marital Status at Time of Death: Never Married
11. Surviving Spouse's Name (if wife, give name prior to first marriage):
12. Decedent's Education: HIGH SCHOOL GRADUATE OR GED
13. Decedent of Hispanic Origin: No
14. Decedent's Race: Black
15. Father's Name: SCOTT T JACKSON
16. Mother's Name (prior to first marriage): CHARLOTTE THIERRY
17a. Informant's Name: CHARLOTTE JACKSON
17b. Relationship to Decedent: Mother
17c. Mailing Address: 5880 Riverton Road, COLUMBUS, OHIO 43232

18a. Place of Death: Hospital - Emergency Room / Outpatient
18b. Facility Name: MOUNT CARMEL EAST HOSPITAL
18c. City or Town, State and Zip Code: COLUMBUS, OH 43213
18d. County of Death: FRANKLIN

**DISPOSITION**

19. Signature of Funeral Service Licensee or Other Agent:
20. License Number: 008886
21. Name and Complete Address of Funeral Facility: SMOOT FUNERAL SERVICES, LLC, 1166 PARSONS AVE, COLUMBUS, OH 43206
22a. Method of Disposition: Burial
22b. Date of Disposition: November 07, 2014
22c. Place of Disposition: Evergreen Cemetery
22d. Location (City/Town and State): COLUMBUS, OH

**REGISTRAR**

23. Registrar's Signature:
24. Date Filed: DEC 01 2014
25a. Name of Person Issuing Burial Permit: TAYLOR, SANDRA
25b. District No.: 2500
25c. Date Burial Permit Issued: November 7, 2014

**CERTIFIER**

26a. Certifier (Check only one): Coroner
26b. Time of Death: 0024
26c. DMO Pronounced Dead (Mo/Day/Year): 11/02/2014
26d. Was case referred to coroner?: Yes
26e. Signature and Title of Certifier:
26f. License Number: 35.063104
26g. Date Signed: 11-24-2014
27. Name and Address of Person who Completed Cause of Death: ORTIZ, ANAHI M, MD, Coroner, 520 KING AVENUE, COLUMBUS, OH 43201

**CAUSE OF DEATH**

28. Part I.
Immediate Cause: a. Pending
b. Due to (or as Consequence of):
c. Due to (or as Consequence of):
d. Due to (or as Consequence of):

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I:

29a. Was An Autopsy Performed?: Yes
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?: No
30. Did Tobacco Use Contribute to Death?: Unknown
31. If Female, Pregnancy Status: NOT APPLICABLE
32. Manner of Death: Pending Investigation
33a. Date of Injury (Mo/Day/Year):
33b. Time of Injury:
33c. Place of Injury:
33d. Injury at Work:
33e. Location of Injury:
33f. Describe How Injury Occurred:
33g. If Transportation Injury, Specify:

Jordan Jackson Obituary: Jordan Jackson's Obituary by the The Columbus Dispatch.        Page 1 of 1

Case: 2:14-cr-00045-ALM-EPD Doc #: 39 Filed: 01/07/15 Page: 4 of 4  PAGEID #: 96

**Jordan Maurice Jackson**

Jackson Jordan Maurice Jackson born on March 5, 1992, unexpectedly passed away on November 1, 2014. He is survived by his parents, Charlotte "Pepsi" Jackson and Scott Jackson Sr.; three children, Sakiyah Ward, Jordan and Josiah Jackson; his fiancé, Teairra Ward; grandfather, John Sr.; and grandmother, Marjorie; brothers, Scott "Chachi", Kenyon, Everett and Caleb; sisters, Sheya, Asia and Tyrah "T.J."; a host of aunts, uncles and cousins. The family will receive friends on Friday, November 7th at New Birth Christian Ministries, 3475 Refugee Road at 11 a.m.

Published in The Columbus Dispatch on Nov. 6, 2014